No. 05–6547. CARTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6550. COLUNGA-CORREA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6552. CHAMPAGNE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–6553. DANIELS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–6554. SHIELDS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6556. SAYADI-TAKHTEHKAR *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6557. INOCENCIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6. CATTELL, WARDEN *v.* WHITE. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 05–236. MERCK & CO., INC. *v.* TEVA PHARMACEUTICALS USA, INC. C. A. Fed. Cir. Certiorari denied. THE CHIEF JUSTICE, JUSTICE O'CONNOR, and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 05–280. AMERICAN FAMILY MUTUAL INSURANCE CO. *v.* MESSINA, JUDGE, 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI. Sup. Ct. Mo. Motion of Property Casualty Insurers Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 05–284. SMALL *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–6186. ALBERT *v.* DEPARTMENT OF JUSTICE ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.